

ORDERED in the Southern District of Florida on March 16, 2018.

Raymond B. Ray, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

BRADLEY A. CATRI,                               Case No. 15-16689-BKC-RBR

    Debtor(s).                               Chapter 7
_____/

### ORDER TAKING MOTION FOR SANCTIONS PURSUANT TO 11 U.S.C. § 524(A) DISCHARGE INJUNCTION VIOLATION AGAINST LOCH LOMOND CLUB, INC. [D.E. 51] UNDER ADVISEMENT

THIS MATTER came before the Court for a hearing on March 16, 2018, upon the Debtor's *Motion for Sanctions Pursuant to 11U.S.C. § 524(a) Discharge Injunction Violation Against Loch Lomond Club, Inc.* [D.E. 51] thereto. The Court took the matter under advisement and required the submission of proposed orders by **April 6, 2018**. This deadline cannot be extended.

The parties shall electronically mail (i.e. e-mail) proposed orders in word processing format (Word or WordPerfect) to this Court's electronic mailbox, RBR_Chambers@flsb.uscourts.gov. **DO NOT upload or**

**file proposed orders through CM/ECF.**  The subject line in the e-mail shall include the case number, docket entry number for the matter under advisement, and the title of the party. (e.g. 15-16689, 51, Debtor).

###

*The Clerks shall provide copies to:*
James Webb, Esq.
[Attorney Webb is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.]