UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:    Case No. 15-16689-RBR
          Chapter 7
**BRADLEY A. CATRI,**

    **Debtors**
_____/

**CREDITOR'S MOTION TO DETERMINE THE REASONABLENESS OF DEBTOR'S ATTORNEY'S FEES, REQUEST FOR AN EVIDENTIARY HEARING, AND MOTION TO POSTPONE PAYMENT OF FEES REQUESTED BY DEBTOR**

COMES NOW, Creditor **THE LOCH LOMOND CLUB, INC.**, by and through its undersigned counsel and files this Motion to Determine the Reasonableness of Debtor's Attorneys' fees, Request for an Evidentiary Hearing, and Motion to Postpone Payment of Fees Requested by the Debtor, and in support thereof states as follows:

1. On July 12, 2018, Debtor's counsel filed a Summary of Fees in the amount of $24,360.00.

2. This is allegedly for 81.2 hours of work done on the motion for sanctions for violation of the discharge injunction.

3. The fees are clearly unreasonable and excessive.

4. Certainly Debtor's counsel did not spent 81.2 hours in Bankruptcy Court, and the docket does not reflect 81.2 hours of work done in Bankruptcy Court.

5. It is appropriate that this Court conduct an evidentiary hearing to determine the reasonableness of the attorneys fees.

WHEREFORE, Creditor respectfully requests this Honorable Court to conduct an evidentiary hearing to determine the reasonableness of the attorneys fees sought, and to postpone the payment of any fees until such determination is made, and for any other relief that is just and proper under the circumstances.

Respectfully submitted on this **16th** day of August, 2018.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

> **DCS LAW GROUP, P.A.**
> 111 N. Pine Island Road
> Suite 205
> Plantation, Florida 33324
> (954) 358-5911 (Telephone)
> (954) 357-2267 (Facsimile)
> www.DsouzaLegal.com
> Email: Dtdlaw@aol.com
>
> By: **/s/ Elias Leonard Dsouza**
> Elias Leonard Dsouza, Esq.
> Florida Bar No. 399477

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above Pleading was served on this **16th** day of August, 2018, via ECF on all parties registered on the ECF system, and the Debtor by U.S. Mail.

Bradley A. Catri, Debtor, 3201 NW 4th Terrace, #57, Pompano Beach, FL 33064 [via U.S. Mail]

> **DCS LAW GROUP, P.A.**
> 111 N. Pine Island Road
> Suite 205
> Plantation, Florida 33324
> (954) 358-5911 (Telephone)
> (954) 357-2267 (Facsimile)
> www.DsouzaLegal.com
> Email: Dtdlaw@aol.com
>
> By: **/s/ Elias Leonard Dsouza**
> Elias Leonard Dsouza, Esq.
> Florida Bar No. 399477