**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                                    Case No. 15-16689-RBR
                                                                                               Chapter 7

**BRADLEY A. CATRI,**

    **Debtors**

_____/

### NOTICE OF WITHDRAWAL OF DE # 63 & 64

COMES NOW, Creditor **THE LOCH LOMOND CLUB, INC**., by and through its undersigned counsel and files this Notice of Withdrawal of DE # 63 & 64.

Respectfully submitted on this **16th** day of August, 2018.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                                    **DCS LAW GROUP, P.A.**
                                                    111 N. Pine Island Road
                                                    Suite 205
                                                    Plantation, Florida 33324
                                                    (954) 358-5911 (Telephone)
                                                    (954) 357-2267 (Facsimile)
                                                    www.DsouzaLegalGroup.com
                                                    Email: Dtdlaw@aol.com

                                          By: **/s/ Elias Leonard Dsouza**
                                                    Elias Leonard Dsouza, Esq.
                                                    Florida Bar No. 399477

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above Pleading was served on this **16th** day of August, 2018, via ECF on all parties registered on the ECF system, and the Debtor by U.S. Mail.

Bradley A. Catri, Debtor, 3201 NW 4th Terrace, #57, Pompano Beach, FL 33064 [via U.S. Mail]

**DCS LAW GROUP, P.A.**
111 N. Pine Island Road
Suite 205
Plantation, Florida 33324
(954) 358-5911 (Telephone)
(954) 357-2267 (Facsimile)
www.DsouzaLegalGroup.com
Email: Dtdlaw@aol.com

By: **/s/ Elias Leonard Dsouza**
Elias Leonard Dsouza, Esq.
Florida Bar No. 399477